

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 27 2013

JANE E. ANDERSEN
Labor and Employment Law Division
Tel: (212) 788-0870
Fax: (212) 788-0940
E-mail: jandersc@law.nyc.gov

March 15, 2013

VIA FACSIMILE DELIVERY: 212-805-0426
Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: Fernandez v. City, et al 13CV1570(LTS)(JCF)

Dear Judge Swain:

     I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Thomas Connolly, Thomas McCormick, and Keith Singer, (collectively defendants), in the above-referenced action. On March 8, 2013, the above-referenced action was removed to Federal Court, and was assigned to Your Honor on March 14, 2013. Pursuant to Rule 81(c)(3)(C) of the Federal Rules of Civil Procedure (FRCP), defendants' time to respond to the complaint is March 15, 2013. I now write to respectfully request that the defendants' time to respond to the Amended Complaint be extended from March 15, 2013 to April 26, 2013. This is defendants' first request for an enlargement of time. I have made attempts to obtain the consent of plaintiffs' counsel, both by email yesterday and by telephone today, but I have been unable to reach him.

     The reasons for defendants' request is because defendants intend to move, pursuant to Rule 12 of the FRCP, to dismiss all the federal claims asserted in the Amended Complaint. As such, defendants require additional time to comply with the requirement found in Your Honor's Individual Practices A(2)(b) to attempt to informally resolve the issues, and to give plaintiff an opportunity to further amended the complaint.

The requested extension is granted.

Sincerely,

*Jane E. Andersen*

Jane E. Andersen
Assistant Corporation Counsel

**SO ORDERED:**
3/18/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Eric Sanders, Esq. (By Facsimile: 212-537-9081)
The Sanders Firm, P.C.
Attorney for Plaintiff
1140 Avenue of the Americas, 9th Floor
New York, NY 10036